**Order entered April 24, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00956-CV

## SALVADOR ROBLEDO, ET AL., Appellants

## V.

## VICTOR HERNANDEZ AND GUILLERMO MARTINEZ, Appellees

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-15879**

### ORDER

Before the Court is the April 22, 2020 second motion of appellant Baltasar Cruz for an extension of time to file his brief on the merits. We **GRANT** the motion and extend the time to June 1, 2020.

/s/     KEN MOLBERG
        JUSTICE

.